[Nos. 30696-1-I; 32720-8-I. Division One. March 28, 1994.]

REGINALD ROBINSON, *Respondent*, v.
MAACO FURNITURE, *Appellant*.

Appeals from judgments of the Superior Court for King County, No. 90-2-25730-4, Jo Anne Alumbaugh and Sharon S. Armstrong, JJ., entered February 11, March 20, and May 11, 1992. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Baker and Agid, JJ.

[No. 29433-4-I. Division One. March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL ANTHONY ALBRIGHT, *Defendant*, HORACE LORENZO ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01027-3, Sally Pasette, J., entered October 15, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Grosse, J.

[No. 29952-2-I. Division One. March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL LAVEL ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00750-7, Sally Pasette, J., entered January 14, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Pekelis, A.C.J., and Kennedy, J.